FILED

2023 Jul-28  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**CHRISTOPHER CHURCH, Individually and**      **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.      No. 5:21-cv-988-LCB

**CERRO WIRE, LLC**      **DEFENDANT**

<u>**JOINT MOTION FOR FINAL APPROVAL OF**</u>
<u>**COLLECTIVE ACTION SETTLEMENT**</u>

Plaintiff Christopher Church ("Named Plaintiff"), individually and on behalf of others similarly situated, and Defendant Cerro Wire, LLC, by and through their undersigned counsel, jointly submit their Motion for Final Approval of Collective Action Settlement, and in support thereof they do hereby state and allege as follows:

1. The parties previously moved this Court for preliminary approval of their settlement and for approval of their proposed method of providing Notice and Consent forms to a putative collective of settlement members. *See* ECF No. 31.

2. Preliminary approval of the settlement was granted by this Court on April 17, 2023. *See* ECF No 32.

3. Following the Court's preliminary approval, the Sanford Law Firm as Settlement Administrator sent Notice of Collective Action Settlement forms and accompanying Consent to Join forms to the 1,066 Proposed Settlement Collective members.

4. The notice and opt-in period has ended. Of the 1,066 Proposed

Page 1 of 4
Christopher Church, et al. v. Cerro Wire, LLC
U.S.D.C. (N.D. Ala.) No. 5:21-cv-988-LCB
Joint Motion for Final Approval of FLSA Collective Action Settlement

Settlement Collective members, 148 have submitted Consent to Join forms and joined the case. With Named Plaintiff, the total number of Plaintiffs is 149.

5.      The settlement fund payable to the participating settlement collective members totals $13,995.91. With the $1,000.00 Service Award payable to Named Plaintiff, the total settlement amount payable to Plaintiffs is $14,995.91. A final allocation setting forth Plaintiffs' settlement payments, exclusive of the service award, is attached hereto as Exhibit 1.

6.      Defendant agrees to pay Plaintiffs' counsel the sum of $50,000.00 in fees and costs. This is an amount separate from the funds payable to Plaintiffs. Plaintiffs' counsel will provide any additional information justifying this award in the form of supplemental briefing, if required by the Court.

7.      The Parties request that, following approval of their settlement, the Court dismiss this matter with prejudice and retain jurisdiction over the matter for thirty (30) days for purposes of enforcing the terms of their settlement, if necessary.

WHEREFORE, premises considered, the parties respectfully request that the Court grant final approval of their settlement, dismiss the matter with prejudice, retain jurisdiction over the matter for thirty (30) days, and for all other necessary and proper relief.

Page 2 of 4
Christopher Church, et al. v. Cerro Wire, LLC
U.S.D.C. (N.D. Ala.) No. 5:21-cv-988-LCB
Joint Motion for Final Approval of FLSA Collective Action Settlement

Respectfully submitted,

**CHRISTOPHER CHURCH, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com
Admitted *pro hac vice*

and  **DEFENDANT CERRO WIRE, LLC**

SCOTT DUKES & GEISLER, P.C
211 22nd Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Facsimile: (205) 251-6773

Kimberly W. Geisler
kgeisler@scottdukeslaw.com

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
Telephone: (317) 236-5840
Facsimile: (317) 592-4810

*/s/ David J. Carr*
David J. Carr
david.carr@icemiller.com

Paul L. Bittner
paul.bittner@icemiller.com

**Page 3 of 4**
**Christopher Church, et al. v. Cerro Wire, LLC**
**U.S.D.C. (N.D. Ala.) No. 5:21-cv-988-LCB**
**Joint Motion for Final Approval of FLSA Collective Action Settlement**

<u>**CERTIFICATE OF SERVICE**</u>

I, Samuel Brown, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing JOINT MOTION was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Kimberly W. Geisler, Esq.
SCOTT DUKES & GEISLER, P.C
211 22nd Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Facsimile: (205) 251-6773
kgeisler@scottdukeslaw.com

David J. Carr, Esq.
Paul L. Bittner, Esq.
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, Indiana 46282
Telephone: (317) 236-5840
Facsimile: (317) 592-4810
david.carr@icemiller.com
paul.bittner@icemiller.com

*/s/ Samuel Brown*
**Samuel Brown**

**Page 4 of 4**
**Christopher Church, et al. v. Cerro Wire, LLC**
**U.S.D.C. (N.D. Ala.) No. 5:21-cv-988-LCB**
**Joint Motion for Final Approval of FLSA Collective Action Settlement**