Church v Cerro - Final Plaintiff Settlement Allocation Exclusive of Service Award

| First Name | Last Name | Allocated Settlement Share |
|---|---|---|
| Aaron | Ayers | $86.86 |
| Adam | Bowling | $18.69 |
| Adrian | Rivera | $10.96 |
| Allen | McKay | $264.85 |
| Allen | Seal | $264.85 |
| Angela | Hoffman | $81.52 |
| Anthony | Cook | $81.52 |
| Anthony | McBride | $11.93 |
| Antionne | Wheeler | $34.48 |
| Ashleigh | Smith | $8.70 |
| Audrey | Jones | $46.08 |
| Austin | Jimenez | $34.80 |
| Austin | Noble | $25.46 |
| Austin | Ray | $20.95 |
| Benjamin | Stidham | $104.72 |
| Betty | Herring | $264.85 |
| Bill | Deaton | $8.70 |
| Billy | Aker | $81.52 |
| Bobby | Jackson | $114.06 |
| Brad | Fifield | $264.85 |
| Brandon | Allen | $113.42 |
| Brandon | Ward | $55.42 |
| Brian | Garza | $7.42 |
| Brian | Lloyd | $264.85 |
| Brianna | Holmes | $93.44 |
| Brigido | Marcelino Cruz | $43.82 |
| Brittany | Huebner | $237.46 |
| Bryant | Hughes | $97.95 |
| Bryce | Lipscomb | $116.00 |
| Caitlin | Taylor | $136.29 |
| Caleb | Wood | $63.80 |
| Carl | Hopfensperger | $48.01 |
| Carlos | Pabon | $22.88 |
| Cathy | Newsome | $212.01 |
| Chad | DeBloois | $201.70 |
| Charlette | Hines | $264.84 |
| Cheri | Greer | $5.16 |
| Christian | Ivers | $70.89 |
| Christopher | Church | $62.19 |
| Christopher | Couch | $34.48 |
| Christopher | Peak | $75.40 |
| Christopher | Teague | $264.85 |

| | | |
|---|---|---|
| Christopher | White | $175.28 |
| Christopher | Wilson | $67.99 |
| Clark | Rhew | $264.85 |
| Cody | Price | $11.93 |
| Collion | Carroll | $20.63 |
| Corinthian | Gilchrist | $20.63 |
| Dakota | Dunn | $77.01 |
| Daniel | Ward | $34.48 |
| Darrell | Amburgey | $10.96 |
| David | Carroll | $264.85 |
| David | Phillips | $97.31 |
| Derek | Chain | $12.25 |
| Derrick | Irish | $105.36 |
| Destiney | Hartley | $19.01 |
| Devante | Jones | $7.42 |
| Dillon | Hamilton | $100.85 |
| Dina | Ketcham | $8.38 |
| Douglas | Hubbard | $264.85 |
| Douglas | Kannapel | $17.08 |
| Dustin | Biddinger | $35.12 |
| Dylan | Hogan | $38.99 |
| Dylon | Little | $27.39 |
| Edgar | Renteria | $235.21 |
| Eduardo | Boleaga-Duran | $111.49 |
| Edward | Sizemore | $71.21 |
| Elijah | Underwood | $29.97 |
| Elijiah | Hull | $21.27 |
| Elliot | Hollingsworth | $113.74 |
| Emmett | Thiem | $92.80 |
| Endia | Louden | $22.56 |
| Eric | Mason | $264.85 |
| Francisco | Alcantara | $28.04 |
| Freddie | Newby | $212.98 |
| Fredlandric | Pruitt | $73.79 |
| Gabriel | Espinosa | $14.50 |
| Gerardo | Espinoza | $148.22 |
| Hunter | Moreland | $63.80 |
| Isaac | Lucero | $23.20 |
| Isaiah | Rice | $50.27 |
| Jacob | Book | $120.51 |
| James | Wisener | $56.39 |
| Jason | Clark | $14.83 |
| Jason | Cole | $100.21 |
| Jason | Edmondson | $116.00 |
| Jason | Griffin | $91.19 |
| Jeffrey | Chandler | $72.82 |
| Jeremy | Ebertshauser | $106.33 |

| | | |
|---|---|---|
| Jonathan | Chilton | $14.18 |
| Jordan | Nelson | $2.58 |
| Joseph | Ferguson | $24.49 |
| Joseph | Jackson | $80.88 |
| Joseph | Long | $37.70 |
| Juan | Flores | $68.63 |
| Justin | Nichols | $264.85 |
| Katrina | Khousakoune | $82.17 |
| Kevin | Ainscough | $188.17 |
| Kiya | Capps | $77.33 |
| Kurtrese | Johnson | $185.91 |
| Kyle | Albertson | $63.48 |
| Kyle | Hancock | $264.85 |
| Laura | Gambrel | $83.45 |
| Lester | Morris | $18.69 |
| Mark | Brill | $265.85 |
| Mark | Stout | $28.36 |
| Markus | Kenney | $14.50 |
| Mary | Nolan | $69.60 |
| Matasha | Smith | $17.08 |
| Michael | Babbitt | $181.40 |
| Michael | Manzanares | $116.00 |
| Michael | Mull | $10.32 |
| Michael | Taylor | $48.01 |
| Nichole | Gresham | $92.80 |
| Nicole | Bouvier-Miller | $4.52 |
| Peter | Anderson | $264.85 |
| Porter | Topps | $57.36 |
| Quinton | Storner | $116.00 |
| Rachel | Achelpohl | $4.52 |
| Randall | Holyoak | $124.70 |
| Regina | Trent | $264.85 |
| Rick | Byrne | $229.09 |
| Ricky | Smith | $31.58 |
| Robert | Eversole | $38.67 |
| Robert | Quintero | $264.85 |
| Ronald | Sauermilch | $29.33 |
| Russell | Huddleston | $122.76 |
| Ryan | Robinson | $32.22 |
| Ryan | Sebastian | $264.85 |
| Sage | Fulks | $98.60 |
| Sarah | Bennett | $48.01 |
| Scott | Austin | $122.12 |
| Scottie | Williams | $18.69 |
| Sean | Malone | $12.57 |
| Seth | Campbell | $66.06 |
| Shane | Gholston | $59.29 |

| | | |
|---|---|---:|
| Shane | Peterson | $3.23 |
| Sidney | Fleming | $200.41 |
| Stephanie | Robbins | $27.71 |
| Stephen | Fortenberry | $6.77 |
| Taylor | Durham | $70.89 |
| Tevin | Pruitt | $18.69 |
| Travis | Eberthauser | $109.23 |
| Tristan | Royal | $46.08 |
| Triston | Neal | $34.80 |
| Tyler | Constantine | $264.85 |
| Victor | Salgado | $264.85 |
| Whitney | Salas | $34.80 |
| William | Higginson | $75.40 |
| **Total:** | | $13,995.91 |